# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 670 MAL 2015

          Respondent         :

                          :    Petition for Allowance of Appeal from
                          :    the Order of the Superior Court

         v.                :

AKEEM METTS,               :

          Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the consideration or decision of this matter.